UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-14046-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JAMIE LEA HEWITT,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Chief Magistrate Judge Frank J. Lynch Jr, on October 2, 2015. A Report and Recommendation was filed on October 14, 2015, [ECF No. 248], recommending that the Defendant's plea of guilty be accepted. During the Change of Plea hearing, the Magistrate Judge questioned the Defendant regarding her waiver of appeal in which the Defendant acknowledged on the record that she was waiving or giving up all rights to appeal any sentence imposed by the District Court in this case except under the limited circumstances contained within the appeal waiver provision from the Plea Agreement.

The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 248] of United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Count One of the Indictment which charges the Defendant with conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9 day of November, 2015.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch Jr.
All Counsel Of Record
U.S. Probation Office